# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     v.                    )     2:10-CR-178-PMP (LRL)
                           )
BILLY CEPERO,              )
                           )
          Defendant.       )

# PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 30, 2011, defendant BILLY CEPERO pled guilty to Count One of a One Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g). Docket #58.

This Court finds defendant BILLY CEPERO agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement. #1, #_.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement and the offense to which defendant BILLY CEPERO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section 2461(c):

. . .

1. a Smith and Wesson 340PD .357 caliber revolver, bearing serial number DBH9904; and

2. any and all ammunition. ("property".)

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of BILLY CEPERO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

. . .

. . .

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein |
| 2 | need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency |
| 3 | following publication of notice of seizure and intent to administratively forfeit the above-described |
| 4 | property. |
| 5 | DATED this __ 25th day of October, 2011. |

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Dana A. Chrystall, certify that the following individual was served with a copy of the |
| 3 | Preliminary Order of Forfeiture on October 21, 2011, by the below identified method of service: |

CM/ECF

Thomas C. Michaelides
TCM Law Firm
2340 Paseo Del Prado, Ste. D-206
Las Vegas, NV 89102
email: tcm@tcmlawgroup.com
*Attorney for Defendant, BILLY CEPERO*

/s/Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal III