**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-178-PMP (VCF) |
| BILLY CEPERO, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT BILLY CEPERO**

On October 25, 2011, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant BILLY CEPERO to the United States of America. Docket #58, #59, #62.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#62) is final as to defendant BILLY CEPERO.

DATED this _ 1st day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE