UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00178-PMP-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| BILLY CEPERO, | |
| Defendant. | |

Defendant Billy Cepero has filed a Motion for Copy of Case File at U.S. Expense, or Alternatively, Motion to Compel Attorney to Return Files (Doc. #87).

Cepero's Motion is not specific as to precisely which documents he seeks from the Court's docket. Additionally, the Court is not in possession of his attorney's case files.

**IT IS THEREFORE ORDERED** that Defendant Cepero's Motion (Doc. #87) is GRANTED to the limited extent that Defendant Cepero's former counsel, Thomas Michelides, Esq., shall provide within thirty (30) days of the date of this Order copies of all court filings made in Defendant Cepero's case.

DATED: October 16, 2012.

PHILIP M. PRO
United States District Judge