UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00178-PMP-VCF |
| | ) | |
| Plaintiff, | ) | **ORDER** to Nevada |
| | ) | Department of Corrections |
| vs. | ) | ("NDOC") |
| | ) | |
| BILLY CEPERO, | ) | |
| | ) | |
| Defendant. | ) | |

On June 27, 2013, Petitioner Billy Cepero, filed a Motion to Extend Prison Copywork Limit (Doc. #118). A copy of that motion is attached hereto.

On July 3, 2013, the Court entered a Minute Order Granting Petitioner Cepero's Motion (Doc. # 122). Copy attached.

On August 1, 2013, Petitioner Cepero filed a Motion to Request Court's Order Of Copywork Be Supplied to the Nevada Department of Corrections. (Doc. #124), see attached copy.

**IT IS THEREFORE ORDERED** that a copy of the attached Motions and Order be provided to Petitioner Cepero and to the Nevada Department of Corrections, P.O. Box 7000, Carson City, Nevada, 89702.

DATED: August 19, 2013.

PHILIP M. PRO
United States District Judge

1  Billy Copero #94730
2  ~~Lovelock Correctional Center~~
3  ~~1200 Prison Road~~ PO Box 7000 Carson City NV 89702
   ~~Lovelock, Nevada~~
4  Petitioner In Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

Billy Copero,            )  Case No. 2:10cr178 PMPVCF
         Petitioner,     )
                         )
    -vs-                 )  MOTION TO EXTEND PRISON
USA             et al.,  )  COPYWORK LIMIT
                         )
         Respondents.    )
_____)

COMES NOW, Petitioner, Billy Copero, in pro se, and submits his Motion to Extend Prison Copywork Limit, moving the Court to order the Nevada Department of Corrections ("NDOC") to extend his copywork limit for the narrow purposes of the instant ~~habeas~~ Appeal corpus proceedings.

This motion is based upon NDOC Administrative Regulation ("AR") 722; all papers and documents on file herein; and the following points and authorities.

### POINTS AND AUTHORITIES

Petitioner is an indigent prisoner, as demonstrated by the Motion for Leave to Proceed In Forma Pauperis on record herein. NDOC AR 722.12(4) allows Petitioner to accrue a $100.00 debt against his account towards legal copywork which, once reached, prohibits him from accumulating any further indebtedness for

such copywork. "Exceptions to this rule would be a court order received directly from the courts..." Id. The AR therefore gives this Court authority to issue an order allowing Petitioner to exceed his copywork limit.

Petitioner has reached or exceeded the $100.00 limit of AR 722.12. As such, NDOC has prohibited him at this time from receiving any further legal copywork in the instant proceeding unless the Court issues an order allowing him to do so.

Petitioner's grounds have merit. As such, he is entitled to relief in the instant ~~habeas~~ proceedings; however, he requires copywork services in order to litigate his instant petition. In addition to his originals of all pleadings, motions and other documents in this case, he will need copies to serve upon Respondents per FRCP 5, LR 5-1 and LR 7-2. Additionally, he will require a copy of same for his own records. See e.g. Gluth v. Kangas 951 F.2d 1504, 1510 (9th Cir. 1991)(a reasonable amount of copywork for prisoners is found in that required to file, serve opponents and maintain copy for inmate's records).

Petitioner does not herein seek a blanket order for unlimited copywork, but seeks only a reasonable allowance of copywork for documents relevant to the instant proceeding, including, but not limited to, supplemented/amended pleadings, motions, responses, replies, notices, etc. Id.

As Petitioner's liberty is at the heart of these proceedings, he should be provided an extension of his copywork limitation in order to render him reasonably capable of fairly litigating this ~~habeas~~ action.

## CONCLUSION

For the reasons set forth above, the Court should direct the NDOC to extend Petitioner's copywork limitations towards the allowance of receiving copies of documents pertinent to the instant ~~habeas~~ proceedings.

Dated this 22 day of June, 2013.

NNCC
P.O. Box 7000
Carson City NV 89702

_Billy Cepero_ #97430
~~Lovelock Correctional Center~~
~~1200 Prison Road~~
~~Lovelock, Nevada 89419~~
Petitioner In Pro Se

## CERTIFICATE OF SERVICE

I do certify that I mailed a true and correct copy of the foregoing to the below address on this 22 day of June, 2013, by placing same in the hands of prison law library staff for posting in the U.S. Mail:

~~Attorney for Respondents~~

_Billy Cepero_ 97430
Petitioner In Pro Se

-3-

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Rebecca A Levy (blanca_lenzi@fd.org), Thomas C. Michaelides
(cj@tcmlawgroup.com, craig@tcmlawgroup.com, tcm@tcmlawgroup.com,
tcmlawyer@gmail.com), Daniel D. Hollingsworth (carol.h.farago@usdoj.gov,
daniel.hollingsworth@usdoj.gov, doriayn.olivarra@usdoj.gov, eunice.jones@usdoj.gov,
heidi.skillin@usdoj.gov, michelle.lewis3@usdoj.gov, paula.thomas@usdoj.gov,
ray.southwick@usdoj.gov), Phillip N Smith, Jr (norma.vizcarra2@usdoj.gov,
phillip.smith@usdoj.gov), Michael W Sanft (destiny@sanftlaw.com), Drew Smith
(drew.smith@usdoj.gov), Michael A Humphreys (carol.h.farago@usdoj.gov,
michael.humphreys@usdoj.gov, michelle.lewis3@usdoj.gov, ray.southwick@usdoj.gov,
sue.knight@usdoj.gov), Magistrate Judge Cam Ferenbach
(vcf_chambers@nvd.uscourts.gov), Judge Philip M. Pro (pmp_chambers@nvd.uscourts.gov)
--Non Case Participants: US Attorney - Criminal Division, General mailbox
(usanv.ecfcrim@usdoj.gov, usanv.ecfcrim@usdoj.gov), US Marshal
(nevada.vcalendar@usdoj.gov, nevada.vcalendar@usdoj.gov)
--No Notice Sent:

Message-Id:<6257576@nvd.uscourts.gov>
Subject:Activity in Case 2:10-cr-00178-PMP-VCF USA v. Cepero Order on Motion,
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 7/3/2013 at 7:42 AM PDT and filed on 7/3/2013
**Case Name:** USA v. Cepero
**Case Number:** 2:10-cr-00178-PMP-VCF
**Filer:**
**Document Number:** 122(No document attached)

**Docket Text:**
**ORDER granting [118] Motion to Extend Prison Copywork Limit as to Billy Cepero; granting [121] Motion for a Sixty Day Extension of Time to File Appeal as to Billy Cepero. Signed by Judge Philip M. Pro on 7/3/2013. (Copies have been distributed pursuant to the NEF and sent to the defendant manually - DMS)**

**2:10-cr-00178-PMP-VCF-1 Notice has been electronically mailed to:**

Daniel D. Hollingsworth Daniel.Hollingsworth@usdoj.gov, Carol.H.Farago@usdoj.gov, doriayn.olivarra@usdoj.gov, eunice.jones@usdoj.gov, heidi.skillin@usdoj.gov, michelle.lewis3@usdoj.gov, paula.thomas@usdoj.gov, ray.southwick@usdoj.gov

Thomas C. Michaelides tcm@tcmlawgroup.com, cj@tcmlawgroup.com, craig@tcmlawgroup.com, tcmlawyer@gmail.com

Drew Smith drew.smith@usdoj.gov

Michael A Humphreys Michael.Humphreys@usdoj.gov, Carol.H.Farago@usdoj.gov, michelle.lewis3@usdoj.gov, ray.southwick@usdoj.gov, sue.knight@usdoj.gov

Phillip N Smith, Jr phillip.smith@usdoj.gov, norma.vizcarra2@usdoj.gov

**2:10-cr-00178-PMP-VCF-1 Notice has been delivered by other means to:**

1. Billy Cepero ID NO. 94730
2. P.O. Box 7000
3. Carson City NV 89702

2013 AUG -1 P 12:32

US District Court
District of Nevada

Billy Cepero, Petitioner

v.

U.S.A., Respondent

CASE NO.: 2:10-cr-178-PMP-VCF
DEPT. NO.: _____
DOCKET: _____

Motion to Request Courts Order of Copywork limit to NDOC

**COMES NOW,** Pro Se, Billy Cepero, herein above respectfully moves this Honorable Court for an request of copy of the courts order to present to the NDOC

This Motion is made and based upon the accompanying Memorandum of Points and Authorities,

DATED: this 29 day of July, 2013

BY: Billy Cepero #94730
Defendant/In Proper Personam

## - Background -

The Court recently GRANTED my motion to extent prison copy work limit with the Nevada Department of Corrections so I could be able to work on the Appeal on this case.

## - Fact -

Even though this Court has made the ruling in favor of this Petitioner, NDOC is refusing to allow me to make Any copies UNTIL I show them A copy of the ACTUAL Court order to extent me copy work limit and therefore I have been UNABLE to Proceed on my Appeal do to this issue.

## - Conclusion -

I request a copy of the Actual Court order to NDOC to extent me copy work limit to be able to show such order An get copies done to effect my Appeal.

## CERTIFICATE OF SERVICE BY MAILING

I, __Billy Cepero__, hereby certify, pursuant to NRCP 5(b), that on this __29__ day of __July__ 20__13__, I mailed a true and correct copy of the foregoing, "__motion for Copy of Court Order to NDOC__," by depositing it in the __NNCC__ Legal Library, First-Class Postage, fully prepaid, addressed as follows:

US District Court
District of Nevada
333 Las Vegas Blvd
Las Vegas NV 89101

CC:FILE

DATED: this __29__ day of __July__, 20__13__.

_Billy Cepero #94732_
In Propria Personam

**IN FORMA PAUPERIS**

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _____

Copy of Order to NDCC
(Title of Document)

filed in District Court Case number 2:10 CR 178-PmP-VCF

☒ Does not contain the social security number of any person.

-OR-

☐ Contains the social security number of a person as required by:

A. A specific state or federal law, to wit:

_____
(State specific law)

-or-

B. For the administration of a public program or for an application for a federal or state grant.

_____   7-29-13
Signature                Date

Billy Cepero
Print Name

Petitioner
Title